# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED
31 MAR 2005 14 00 00

District of __GUAM__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MING JUI SHIH | **WARRANT FOR ARREST**<br>Case Number: CR-05-00032-002 |

FILED
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT
③

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MING JUI SHIH__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
18:371 & 1029(a)(1) - CONSPIRACY TO COMMIT FRAUD USING COUNTERFEIT ACCESS DEVICES (COUNT 1)
18:2, 1029(a)(1) & 1029(b)(1) - FRAUD USING COUNTERFEIT ACCESS DEVICES (COUNT 2)
18:371 & 1029(a)(3) - CONSPIRACY TO POSSESS FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES (COUNT 3)
18:1029(a)(3) & 2 - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES (COUNT 4)
18:1543 - FALSE USE OF A PASSPORT (COUNTS 5 THRU 7)

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| MARILYN B. ALCON | /s/ Marilyn B. Alcon |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/31/2005       Hagatna, Guam |
| Title of Issuing Officer | Date              Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAGATNA, GUAM

| DATE RECEIVED<br>04/01/05 | NAME AND TITLE OF ARRESTING OFFICER<br>CHIKO HOGG<br>SPECIAL AGENT, USSS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>04/01/05 | | |