IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT
TIME: 3:00 p.m.

**CASE NO. 05-00032**      **DATE: 04/01/2005**

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 3:00:57 - 3:17:32

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: NAI-JOU WANG**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**DEFT: MING JUI SHIH**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY: MARK SMITH**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT: CHUN-HAN LEE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY: CURTIS VAN DE VELD**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD     **AGENT:** CHIKO D.N. HOGE, SECRET SERVICE

**U.S. PROBATION:** CARMEN O'MALLAN     **U.S. MARSHAL:** P. RABINA / G. PEREZ

**INTERPRETER:** FOO MEE CHUN CLINARD    ( ) SWORN    **LANGUAGE:** CHINESE
( X ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED: ATTORNEY APPOINTED FOR EACH DEFENDANT (SEE ABOVE)
( X ) DEFENDANTS SWORN AND EXAMINED:   NAI-JOU WANG - HIGH SCHOOL COMPLETED: **15 YEARS**
                                          MING JUI SHIH - HIGH SCHOOL COMPLETED: **HIGH SCHOOL**
                                          CHUN-HAN LEE - HIGH SCHOOL COMPLETED: **12 YEARS**
( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) NAI-JOU WANG ENTERED PLEA OF NOT GUILTY - TO: **COUNTS I THROUGH V**
( X ) MING JUI SHIH ENTERED PLEA OF NOT GUILTY - TO: **THE CHARGES CONTAINED IN THE INDICTMENT**
( X ) CHUN-HAN LEE ENTERED PLEA OF NOT GUILTY - TO: **COUNTS I THROUGH IV AND COUNT VI OF THE INDICTMENT**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at ____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: **MAY 26, 2005 at 9:30 A.M.**

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*

( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Trial Order executed. Counsel had nothing to offer at this time.**