| | |
|---|---|
| 1 | THE LAW OFFICES OF MARK S. SMITH |
| 2 | 456 W. O'Brien Drive, Suite 102-D |
|   | Hagatna, Guam 96910 |
| 3 | Telephone: (671) 477-6631/32 |
|   | Facsimile: (670) 477-8831 |
| 4 | |
| 5 | Attorney for Defendant, |
|   | *Ming Jui Shih* |
THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ming Jui Shih*

FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 05-00032 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF MOTION** |
| | ) | **FOR DISCOVERY** |
| NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on the 20th day of May 2005, at the hour of 10:17 a.m./p.m. or as soon thereafter this matter will be heard before the ~~Honorable Judge~~ _____, United States District Court for the Territory of Guam.

Dated this 6th day of April, 2005.

Respectfully submitted,

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, *Ming Jui Shih*

CM/Shih, Ming.05-00032
Notice.Motion.for.Discovery

Page 1 of 1

Case 1:05-cr-00032   Document 12   Filed 04/06/2005   Page 1 of 1

ORIGINAL