IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
MAY 11 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00032-001**     **DATE: 05/11/2005**     **TIME: 2:14 p.m.**

/14/

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:14:52 - 2:43:54     CSO: D. Quinata / J. Lizama

**************************APPEARANCES****************************

**DEFT: NAI-JOU WANG**     **ATTY: KIM SAVO**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.     (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD     AGENT:

U.S. PROBATION: JOHN SAN NICOLAS     U.S. MARSHAL: R. LUMAGUI

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn     LANGUAGE: CHINESE

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: __44__ HIGH SCHOOL COMPLETED: __FIFTEEN TO SIXTEEN YEARS__
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNTS I, II AND V__
(X) COUNT(S) __III AND IV__ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA__ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(X) SENTENCING DATE: __AUGUST 10, 2005__ at __11:00 A.M.__ ( ) STATUS HEARING:_____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: __JULY 6, 2005__
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR:_____ at _____
( ) TRIAL SET FOR:_____

USPO ACKNOWLEDGED RECEIPT
By: (signature)
Date: 5-11-05

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
(X) DEFENDANT DETAINED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The defendant pled guilty without a written plea agreement. The Court signed the report and recommendation concerning defendant's plea of guilty.</u>