FILED
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT
(17)

THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ming Jui Shih*

## UNITED STATES DISTRICT COURT

## FOR TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, <br><br> Defendants. | CRIMINAL CASE NO.: 05-00032 <br><br> **STIPULATION AND ORDER TO VACATE MOTION FOR DISCOVERY HEARING** |

### STIPULATION AND ORDER TO VACATE COURT HEARING

**COMES NOW** Defendant, Ming Jui Shih, by and through his attorney, Mark S. Smith, Esq., and the United States, by and through, Assistant United States Attorney, Russell Stoddard, Esq., and hereby stipulate and request that the hearing set for Defendant's Motion for Discovery scheduled on May 20, 2005 at 10:00 a.m. be taken-off calendar. Plaintiff is complying with discovery requests.

**SO STIPULATED:**

5/19/05
/Date/

*[signature]*
**MARK S. SMITH, ESQ.**
Counsel for Defendant
**Ming Jui Shih**

Criminal cases\Hong, T. N.04-00054
Stip&Order to vacate Motion for Discovery
Case 1:05-cr-00032   Document 17   Filed 05/19/2005   Page 1 of 2

LEONARDO M. RAPADAS
United States Attorney

5-19-05
Date

By: _____
RUSSELL STODDARD, ESQ.
Assistant U.S. Attorney

### ORDER

**IT IS HEREBY ORDERED** that the Motion for Discovery in this matter is vacated.

**SO ORDERED** this    MAY 19 2005

_____
HONORABLE
District Judge



RECEIVED
MAY 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM