# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00032-003**     **DATE: 06/01/2005**     **TIME: 10:12 a.m.**

---

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge**     Law Clerk: Jennifer Moton
Court Reporter: Wanda M. Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:12:13 - 10:40:17     CSO: B. Peredo

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** CHUN-HAN LEE     **ATTY:** CURTIS C. VAN DE VELD
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: RUSS STODDARD**     **AGENT: BILL CHAN, SECRET SERVICE**

**U.S. PROBATION: ROBERT CARREON**     **U.S. MARSHAL: J. CURRY / F. TAITAGUE**

**INTERPRETER:** FOO MEE CHUN CLINARD     **LANGUAGE:** CHINESE

---

**PROCEEDINGS:     CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __39__     SCHOOL COMPLETED: 12 YEARS
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I - Conspiracy to Commit Fraud Using Counterfeit Access Devices
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: MAY 24, 2005     PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: AUGUST 30, 2005 at 10:00 A.M.     ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: JULY 26, 2005     ACKNOWLEDGED RECEIPT
( ) PRELIMINARY EXAMINATION SET FOR:_____
                                                                                                        By: _____
PROCEEDINGS CONTINUED TO: _____ at _____     Date: 6-2-05
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent to enter his plea of guilty before a U.S. Magistrate Judge.

The Court executed the Report and Recommendation Concerning Defendant's Plea of Guilty.

Defense requested for an expedited sentencing date for the latter part of July. Government stated that he will be off-island during that time frame. The Court informed parties that there will be no visiting judge during that time.