# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA,

V.

MING JUI SHIH

**NOTICE**

CASE NUMBER: CR-05-00032-002

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |
| TYPE OF PROCEEDING<br><br>SENTENCING | |

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Tuesday, August 30, 2005 at 10:15 a.m. | CONTINUED TO DATE AND TIME<br><br>Monday, August 29, 2005 at 2:00 p.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

July 13, 2005
DATE

(BY) DEPUTY CLERK

TO:   Russell Stoddard
       Mark Smith
       U.S. Probation Office
       U.S. Marshal