DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**AMENDED** CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
AUG 31 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00032-002          DATE: August 29, 2005

HON. S. JAMES OTERO, Designated Judge, Presiding       Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                            Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:05:11 - 2:28:10     CSO: L. Gogo / J. Lizama

**********************APPEARANCES***************************

**DEFT: MING JUI SHIH**                                **ATTY: MARK SMITH**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD                           AGENT: CHICO HOGE, SECRET SERVICE

U.S. PROBATION: STEVE GUILLIOT                         U.S. MARSHAL: F. TAITAGUE / W. GRAY

INTERPRETER: FOO MEE CHUN CLINARD                      LANGUAGE: CHINESE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
Base offense level: 6          Total offense level: 10          Criminal History Category: I

**NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Parties had no objections to both defendant's being sentenced at the same time.

Mr. Smith stated that he had no objections to the Presentence Report.

Mr. Smith stated that his client has been complaining of a tooth ache and requested for him to be allowed to see a doctor. The Court Ordered that the defendant be examined by a medical practitioner.

Government moved to dismiss Counts II thru VII - Granted.**

SENTENCE: CR-05-00032-002          DEFENDANT: MING JUI SHIH

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  227 DAYS WITH CREDIT FOR TIME SERVED .

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR, AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND OR LOCAL CRIME.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES; AND SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS AFTER SENTENCING AND, TO TWO MORE URINALYSIS TESTS WITHIN 60 DAYS THEREAFTER.

6. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT AS ORDERED AN APPROVED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT WAS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $17,659.12, JOINTLY AND SEVERALLY WITH DEFENDANT CHUN-HAN LEE TO COMMENCE IMMEDIATELY AFTER SENTENCING. RESTITUTION PAYMENTS ARE TO BE MADE TO THE CLERK OF COURT, DISTRICT COURT OF GUAM, FOR DISBURSEMENT TO:

MASTERCARD INTERNATIONAL, C/O ALAN CHOI
ASIA/PACIFIC SECURITY AND RISK SERVICES          $ 6,125.00

VISA INTERNATIONAL
C/O MR. TAKAHASI, MANAGER, AP RISK MANAGEMENT    $11,534.12

COURT WAIVED ALL FINES AS IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.
COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

*\*Amended to add the text regarding Government's motion to dismiss Counts II thru VII.*

Courtroom Deputy: 

Case 1:05-cr-00032   Document 47   Filed 08/31/2005   Page 2 of 2
Page 2 of 2